

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00836-CR

Larry Wayne **THOMAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12149W
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 28, 2018.

_____
Rebeca C. Martinez, Justice